NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7001

DAVID A. SMITH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 09-0146, Judge Alan G. Lance, Sr.

ON MOTION

ORDER

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to stay the briefing schedule in this case pending disposition of Henderson v. Shinseki, 2009-7006,

IT IS ORDERED THAT:

(1)    The motion is granted. The Secretary is directed to inform this court, within 14 days of this court's issuance of the mandate in 2009-7006, concerning how he believes that this appeal should proceed. The appellant may also respond within that time.

(2)    The appellant's motion for an extension of time is moot.

FOR THE COURT

/s/ Jan Horbaly

_____          Jan Horbaly
Date                             Clerk

cc:    Edward R. Reines, Esq.
       Tara K. Hogan, Esq.
s8